SANDRA DUBNER v. BAYSHORE COMMUNITY HOSPITAL AND RESTITUTO DEG DOMINGO, M.D.

February 28, 1984.

Petition for certification denied.

ISABEL R. DIMESTRIA v. PAUL K. BORNSTEIN, M.D.

February 28, 1984.

Petition for certification denied.

CRISPIN RODRIGUEZ v. NEW JERSEY SPORTS & EXPOSITION AUTHORITY.

February 28, 1984.

Petition for certification denied.

ALFRED R. GASKILL v. PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

February 28, 1984.

Petition for certification denied.